258

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TRUMAN BURGE, Defendant-Appellant.

(No. 12141;

Fourth District—December 5, 1974.

Opinion by Mr. JUSTICE SMITH.

Michael J. Costello, of Springfield, for appellant.

C. Joseph Cavanagh, State's Attorney, of Springfield (Jeanne E. Scott, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEONEL GONZALEZ, Defendant-Appellant.

(No. 73-202;

Second District—December 5, 1974.